UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JONES,

    Plaintiff,　　　　　　　　　　　　　　　　　　Hon. Ellen S. Carmody

v.

    　　　　　　　　　　　　　　　　　　　　　　Case No. 1:10-cv-1262

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g)**.

Date: March 12, 2012　　　　　　　　　　　　　　　/s/ Ellen S. Carmody
　　　　　　　　　　　　　　　　　　　　　　　　　ELLEN S. CARMODY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge